**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| Jess T. DeGuzman | ) ) ) ) | 20 B 15158 |
| **Debtor** | | |

### ORDER AND NOTICE SETTING HEARING ON REAFFIRMATION AGREEMENTS:

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on the **Reaffirmation Agreements with Bank of America, N.A.** on **Thursday, September 24, 2020 at 9:30 a.m.**, before the Honorable Deborah L. Thorne, via CourtSolutions.

Dated: September 2, 2020

_____
**Deborah L. Thorne**
**United States Bankruptcy Judge**